IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SD LUBBOCK 35th, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WKFC UNDERWRITING MANAGERS,<br>ASPEN SPECIALTY INSURANCE<br>COMPANY, LEXINGTON INSURANCE<br>COMPANY, and SCOTTSDALE<br>INSURANCE COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:22-CV-074-C |

## ORDER

The Parties have notified the Court that they have settled this civil action. Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file appropriate dismissal papers on or before 30 days from the date of this Order.

SO ORDERED.

Dated April 27, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE