IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SD LUBBOCK 35th, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| WKFC UNDERWRITING MANAGERS, ASPEN SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, and SCOTTSDALE INSURANCE COMPANY, | ) ) ) ) ) ) |
| Defendants. | ) Civil Action No. 5:22-CV-074-C |

## ORDER

On this day, the Court considered the Parties' Joint Stipulation of Dismissal with Prejudice, filed May 25, 2022, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same.

SO ORDERED.

Dated May 31, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE