IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SD LUBBOCK 35th, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WKFC UNDERWRITING MANAGERS, ASPEN SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, and SCOTTSDALE INSURANCE COMPANY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) Civil Action No. 5:22-CV-074-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** with prejudice.

SIGNED this 31st day of May, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE